[Civ. No. 2002.   Fourth Appellate District.—December 10, 1936.]

ANNIE OLINGER et al., Appellants, v. PACIFIC GREY-HOUND LINES (a Corporation), Respondent.

No appearance for Appellants.

Wright, Monroe, Thomas & Glenn for Respondent.

MARKS, J.—This is a motion to dismiss the appeal under the provisions of rule V of the Rules for the Supreme Court and District Courts of Appeal.

The certificate of the county clerk of San Diego County shows that judgment was entered on February 15, 1936; that motion for new trial was denied on April 18, 1936, and notice given on April 22, 1936; that notice of appeal was filed May 29, 1936; that no proceedings are pending for preparation of a transcript nor settlement of a bill of exceptions.

No transcript has been filed here and no appearance made by appellant.

The appeal is dismissed.

Barnard, P. J., and Jennings, J., concurred.